UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

GARY GARMAN, *et al.*,

    Defendants.

Case No. C07-5282 FDB/KLS

ORDER GRANTING
APPLICATION TO PROCEED
*IN FORMA PAUPERIS*

    Plaintiff's application[1] for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Plaintiff is currently detained at the Northwest Detention Center, Tacoma, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

    The Clerk is directed to mail a copy of this Order to Plaintiff.

    DATED this  27th  day of July, 2007.

Karen L. Strombom
United States Magistrate Judge

---

[1] The Account Activity Ledger submitted by Plaintiff in support of his application is for an individual named Wayne Rudder, a name different than the name Plaintiff uses in his Complaint. In response to the Court's Order to Show Cause in Case No. 6-5696RBL, Plaintiff provided evidence sufficient to satisfy the Court that he and Wayne Rudder are the same person.

ORDER
Page - 1