UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VINCENT DANIEL HOPPER AKA ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE MYERS, *et al.*,<br><br>    Defendants. | Case No. C05-5680RBL |
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v<br><br>JOHN DOE ALBIN, *et al.,*<br><br>    Defendants, | Case No. C06-5675RBL |
| ANTOLIN ANDREW MARKS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA *et al.*,<br><br>    Defendant, | Case No. C07-5696RBL |

ORDER - 1

| | |
|---|---|
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | Case No. C07-5007RBL |
| CHARLES Mc BURNEY *et al.*, | |
| Defendants | |
| | |
| ANTOLIN ANDREW MARKS, | |
| Plaintiff. | |
| v. | Case No. C07-5259RJB |
| DEENA GEPHARDT, *et al.,* | |
| Defendants, | |
| | |
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | Case No. C07-5282FDB |
| GARY GARMAN *et al.,* | |
| Defendants, | |
| | |
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | Case No. C07-5371RBL |
| Defendant, | |

ORDER - 2

| | |
|---|---|
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | Case No. C07-5372RBL |
| JACK BENNETT *et al.*, | |
| Defendants, | |

| | |
|---|---|
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | Case No. C07-5383RBL |
| UNITED STATES OF AMERICA *et al*., | |
| Defendants, | |

| | |
|---|---|
| ANTOLIN ANDREW MARKS, | |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA *et al.*, | Case No. C07-5395RBL |

ORDER TRANSFERRING THESE CASE NUMBERS TO MAGISTRATE JUDGE ARNOLD AND SEALING ALL FILINGS FROM PLAINTIFF UNTIL THE DOCUMENT IS UNSEALED BY THE COURT

These actions, brought pursuant to 42 U.S.C. 1983. They have been referred to Magistrate Judges pursuant to Title 28 U.S.C. § 636(b)(1)(B). In August of 2007, plaintiff began filing documents which contain thinly veiled threats and disclosed security issues at the Northwest Detention Center. To prevent improper disclosure of information and to insure there is no repeat of

ORDER - 3

Mr. Marks conduct, with the authority of Chief Judge Robert S. Lasnik, the court now ORDERS:

1. All of Mr. Marks cases will be referred or transferred to Magistrate judge Arnold for all matters referred to a Magistrate Judge.

2. All future filings in any federal action filed by Mr. Marks will be referred to the Tacoma Clerks Office Prisoner Correspondence Clerk.

3. The Clerk is directed to file all pleadings and materials submitted by Mr. Marks in pending or future cases, under seal until such time as they have been reviewed by the court to insure they do not contain improper statements or information that threatens any person or facility.

3. Mr. Marks is ordered to conform his conduct to the rules of civil litigation and he is warned that any further misconduct on his part will result in sanctions. Sanctions may include monetary penalties, the dismissal of actions, and ultimately an order barring Mr. Marks from filing future actions.

Dated this 31st day of August, 2007.

>*/S/ J. Kelley Arnold*
> United States Magistrate Judge
> J. Kelley Arnold

ORDER - 4