UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>                    Plaintiff,<br><br>          v.<br><br>GARY GARMAN *et al.*,<br><br>                    Defendants. | Case No.  C07-5282FDB<br><br>ORDER |

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings.  As part of that sanction documents filed by Mr. Marks are submitted under seal for court review.  Mr. Marks has filed one document since entry of the last order (Dkt. # 12). Document 12 is a "notice" to the court regarding issues unrelated to this case. **Dkt. # 12 is now UNSEALED.** The court apologizes to the parties for the delay in unsealing this document.  No further action will be taken on this filing as the court does not conduct business by notice.

The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants.

DATED this 6 day of December, 2007.

                    */S/ J. Kelley Arnold*
                    J. Kelley Arnold
                    United States Magistrate