UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

   Plaintiff,

v.

GARY GARMAN *et al.*,

   Defendants.

Case No. C07-5282FDB

ORDER

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed one document since entry of the last order (Dkt. # 22). Document 22 is a motion asking defendants show cause regarding Mr. Marks access to legal material and his ability to respond to defendants pending motion to dismiss. The motion to dismiss was noted for May 9, 2008 (Dkt # 21).

**Dkt. # 22 is now UNSEALED.** Defendants will respond on or before May 30, 2008. Any reply Mr. Marks wishes to file must be in court on or before **June 6, 2008.** The Court re-notes defendants motion to dismiss, (Dkt # 21) for **June 20, 2008.**

ORDER
Page - 1

| | |
|---|---|
| 1 | The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants and |
| 2 | note the due dates for defendants response and plaintiff's reply. The clerk should also re-note the motion |
| 3 | to dismiss, (Dkt # 21), for **June 20, 2008.** |
| 4 | |
| 5 | DATED this 16th day of May, 2008. |

                                           */s/J. Kelley Arnold*
                                           J. Kelley Arnold
                                           United States Magistrate