UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GARY GARMAN *et al.*,<br><br>　　　　　　Defendants. | Case No. C07-5282FDB/JKA<br><br>ORDER |

This Bivens action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed one document since entry of the last order (Dkt. # 27). Document 27 is a response to defendants motion to dismiss. **Dkt. # 27 is now UNSEALED.**

A reply to the response will be due on or before **June 20, 2008.** The court on it's own motion re-notes defendant's motion to dismiss, (Dkt # 21), for **June 20, 2008.**

The clerk's office is directed to send copies of this order to plaintiff and counsel for defendants and note the motion to dismiss, (Dkt. # 21), for **June 20, 2008.**

DATED this 10 day of June, 2008.

　　　　　　　　　　　　　　　　　　　　/S/ *J. Kelley Arnold*
　　　　　　　　　　　　　　　　　　　　J. Kelley Arnold
　　　　　　　　　　　　　　　　　　　　United States Magistrate

ORDER
Page - 1