UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN MARKS,

    Plaintiff,

    v.

GARY GARMAN, *et al.*,

    Defendants.

Case No. C07-5282FDB

ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER DIRECTING DEFENDANT'S TO SHOW CAUSE

    This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. Before the court is plaintiff's motion asking the court to direct the defendants to show cause. Plaintiff was transferred from the Northwest Detention Center to the Federal Detention Center at SeaTac during the pendency of this action. Plaintiff complains that he had no access to legal materials while at the Federal Detention Center (Dkt # 22).

    Plaintiff has been returned to the Northwest Detention Center and has had adequate time to respond to pending motions (Dkt. # 26). Accordingly, the motion for an order to show cause is **DENIED.** The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for defendant(s).

    DATED this 16 day of June, 2008.

                               /S/ *J. Kelley Arnold*
                               J. Kelley Arnold
                               United States Magistrate Judge

ORDER - 1