UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN MARKS,

    Plaintiff,

    v.

GARY GARMAN, *et al.*,

    Defendants.

Case No. C07-5282FDB

ORDER REVISING THE SCHEDULING ORDER AND PROVIDING PLAINTIFF AN OPPORTUNITY TO PROVIDE EVIDENCE OF A TORT CLAIM COVERING THE ISSUES IN THE COMPLAINT.

This 42 U.S.C. § 1983 Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4. The case has been re-referred to this court after a Report and Recommendation was adopted. The Report and Recommendation dismissed all claims except plaintiff's federal Tort Claim allegations. The court stated "Plaintiff should be given a very limited opportunity to provide the court with proof he filed a Federal Tort Claim that covers the allegations in this complaint." The remaining allegations are that the defendants denied plaintiff access to files for Joanne and Marva Rudder and access to his own files including his custody file. Plaintiff alleges he also sought copies of grievances he had filed.

The scheduling order must be revised. Plaintiff's proof regarding the filing of a tort claim that covers the issues above will be due on or before October 3, 2008. The court expects Mr. Marks to file copies of the tort claim and the denial. Failure to do so will result in a Report and

ORDER - 1

1  Recommendation that this remaining claim be Denied.
2     Any further dispositive motions either party wishes to file will be due on or before October
3  17, 2008.  A Joint Status Report will be due on February 6, 2009.
4     The Clerk of Court is directed to send a copy of this Order to plaintiff and to counsel for
5  defendant(s).

7     DATED this 25 day of August, 2008.

              /S/ *J. Kelley Arnold*
              J. Kelley Arnold
              United States Magistrate Judge

28 ORDER - 2