UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

    Plaintiff,

v.

GARY GARMAN *et al.*,

    Defendants.

Case No. C07-5282FDB/JKA

ORDER

This <u>Bivens</u> action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.

Mr. Marks now litigates under a sanction as a result of improper filings. As part of that sanction documents filed by Mr. Marks are submitted under seal for court review. Mr. Marks has filed one document since entry of the last order, (Dkt. # 42). Document 42 is a response to a motion to dismiss. **Dkt. # 42 is now UNSEALED.**

A reply to the response will be due on or before **November 21, 2008.**

The clerk's office is directed to send copies of this order to plaintiff and counsel.

DATED this 12 day of November, 2008.

                                                                     /S/ *J. Kelley Arnold*
                                                                     J. Kelley Arnold
                                                                     United States Magistrate