# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

v.

GARY GARMAN, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5682FDB/JKA

____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff failed to properly exhaust his tort claim regarding release of information.  This claim is **DISMISSED WITHOUT PREJUDICE**.  There are no other remaining claims and the action is dismissed.

|  |  |
|---|---|
| January 21, 2009 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |